THE PRESIDENT, DIRECTORS, AND COMPANY OF THE EAGLE BANK OF NEW HAVEN *against* HOLLEY and HOLLEY.

S. P. Counsel being absent, and suffering an inquest against them, on the ground that they supposed the circuit irregular, with an affidavit of merits, allowed as a ground for setting the inquest aside on payment of all costs.

THIS cause was called for trial on the 22d of October 1827; and an inquest taken against the defendants by default, at the circuit mentioned in the last cause. The senior counsel was, at the same time, absent, being engaged in the equity court for the 1st circuit; and declined to appear in this cause, for the reason that he supposed the law circuit irregular. The junior counsel also declining to appear for the same reason, the default passed. There was now an affidavit of merits on the part of the defendants, upon which, in addition to the grounds of irregularity stated in the last cause,

[*515]                    *J. V. Henry, now moved to set aside the inquest.

W. S Johnson, contra.

*Curia.* The counsel were mistaken; but here was no appearance at the trial; and we are inclined to relieve

them ; (there being an affidavit of merits,) on payment of all the costs.